# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:24-cr-00020-LEK-WRP-3 |
| CASE NAME: | United States of America v. (03) Nathan Ahhoy Lee also known as Butch |
| ATTY FOR GOV'T: | Margaret C. Nammar |
| ATTY FOR DEFT: | Myles S. Breiner |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Cynthia Fazio |
| DATE: | 4/28/2025 | TIME: | 2:30pm-3:10pm |

COURT ACTION: EP: Change of Plea Hearing as to Defendant (03) Nathan Ahhoy Lee also known as Butch held.

Defendant (03) Nathan Ahhoy Lee present, in custody.

Defendant sworn, questioned by the Court. **Memorandum of Plea Agreement**, signatures verified and filed. Court informs Defendant of sentencing guidelines, possible departure from sentencing guidelines, possible penalties, supervised release, possible loss of civil rights, limited rights to appeal, etc.

Plea of Guilty as to Counts 1, 31, and 32 of the Indictment entered by the Defendant. Court accepts Defendant's plea of guilty. Court **defers** acceptance of Plea Agreement until after Pre-Sentence report is prepared. Pre-Sentence report ordered from USPO.

SENTENCING to the Indictment is set for 11/20/2025 at 1:30 p.m. in Aha Nonoi before the Honorable Judge Leslie E. Kobayashi.

Trial date and all trial related deadlines are hereby VACATED as to Defendant (03) Nathan Ahhoy Lee only.

Defendant is remanded to the custody of the U.S. Marshals Service.

Submitted by: Carla Cortez, Courtroom Manager